```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
MATTEL, INC.

                Plaintiff,                      ORDER

         - against -                            20 Civ. 10684 (NRB)

STICKIT GRAPHIX, the Entities Doing
Business on Amazon.com under the Brand
Name STICKIT GRAPHIX, the Entities Doing
Business on Amazon.com under the Store
Name SUNNY SUPER, the Entities Doing
Business on Amazon.com under the Entity
Name HEBEI PENGZE JIAYUE STEEL SALES CO.,
LTD., JOHN DOE NOS. 1-5, and ABC ENTITY
NOS. 1-5,

                Defendants.
---------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on December 18, 2020, the Court granted plaintiff's application to temporarily seal the docket in this action pending service of an Order of Attachment and Order to Show Cause on designated financial institutions; and

**WHEREAS** counsel for plaintiff has informed the Court that the sealing order is no longer necessary; it is hereby

**ORDERED** that the docket in the above-captioned matter is unsealed in its entirety; and it is hereby

**ORDERED** that from the date of this Order, the parties may file documents electronically on ECF.

DATED:   New York, New York
         December 23, 2020

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

2